

February 14, 2025

**By ECF**

Hon. Judith C. McCarthy
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Cruz v. Almamex Corp, et al.</u> (No. 7:24-cv-06197-KMK-JCM)

Dear Judge McCarthy:

    We represent defendants Almamex Corp., Alicia Mendoza, and Delfino Mendoza (the "Defendants") in the above-captioned case. We write with the consent of Plaintiffs and pursuant to Your Honor's Order on February 13, 2025, to update Your Honor as to the status of settlement discussions between the parties.

    Following the close of the Settlement Conference with Your Honor on February 12, 2025, counsel for the parties attempted to negotiate the remaining settlement terms. The parties are, unfortunately, at an impasse and respectfully request a second settlement conference before Your Honor to resolve the remaining terms of the settlement.

    We thank the Court for its attention to these matters.

                        Respectfully,

                        Yankwitt LLP

              By:  _____
                        Michael H. Reed