**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANUELA CRUZ,

                         Plaintiff,                     **ORDER**

      -against-                             24 Civ. 6197 (KMK)(JCM)

ALMAMEX CORP., *et al.*,

                         Defendants.
------------------------------------------------------------X

The parties are directed to submit a joint letter to the Court regarding the status of settlement by March 13, 2025.

Dated: March 10, 2025
         White Plains, New York

                                                   **SO ORDERED:**

                                                   *[signature]*
                                                   JUDITH C. McCARTHY
                                                   United States Magistrate Judge